# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| JIMMY LEE DAVIS, | No. C 13-823 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On June 17, 2013, the Defendant in the above-captioned matter filed a Motion to Dismiss. Dkt. No. 14. However, Plaintiff Jimmy Lee Davis failed to file an opposition. Accordingly, the Court hereby ORDERS Plaintiff Jimmy Lee Davis to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 12, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on August 22, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby given to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 29, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JIMMY LEE DAVIS,                      No. C 13-00823 MEJ

        Plaintiff(s),            **CERTIFICATE OF SERVICE**

  v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jimmy Lee Davis
255 Woodside Avenue, #307
San Francisco, CA 94127

Dated: July 29, 2013

                                     Richard W. Wieking, Clerk
                                     By: Rose Maher, Deputy Clerk